UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
                                                 :
AAIPHARMA, INC.,                    :      02 Civ. 9628 (BSJ)
                                               :
                Plaintiff,      :      **ORDER**
                                               :
        v.                            :
                                             :
KREMERS URBAN DEVELOPMENT, CO.,  :
ET AL.
                                             :
                Defendants.   :
----------------------------------------x

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

     The Court is in receipt of Plaintiff's June 30, 2009 and October 13, 2009 letters and attached motion for entry of a scheduling order. The Court notes that there are a number of other motions that have not yet been resolved. Those motions are currently under consideration. Once those motions are decided, the Court will issue a scheduling order in due course.

**So Ordered:**

                                                 _____
                                               BARBARA S. JONES
                                               UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
           October 30, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/09