```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
AAIPHARMA INC.,                         :
                                        :
                    Plaintiff,          :
                                        :
          v.                            :    02 Civ 9628 (BSJ)(RLE)
                                        :
KREMERS URBAN DEVELOPMENT CO.,          :         Order
SCHWARTZ PHARMA, SCHWARTZ PHARMA,       :
AG, SCHWARTZ PHARMA MANUFACTURING,      :
INC., SCHWARTZ PHARMA USA HOLDINGS      :
INC., SCHWARTZ PHARMA, INC., and        :
KREMERS URBAN, INC.,                    :
                                        :
                    Defendants.         :
----------------------------------------x
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/16/10**

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

In an Order dated February 11, 2010, this Court granted Plaintiff AAIPharma Inc.'s motion to substitute AAIPharma Litigation LLC as the Plaintiff in this action. Accordingly, the Clerk of Court is directed to substitute AAIPharma Litigation LLC for AAIPharma Inc. as the Plaintiff in this action.

**SO ORDERED:**

_____
Barbara S. Jones
UNITED STATES DISTRICT JUDGE

New York, New York
February 16, 2010

1